Form CGFI14  (12/1/09)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number:**  08–29769–PGH

**Adversary Number:** 10–02976–PGH

In re:

**Name of Debtor(s):**  Ginn–LA St. Lucie Ltd., LLLP

––––––––––––––––––––––––––––––––––––––––––––––––– /

**Drew Dillworth**

Plaintiff(s)

**VS.**

**Edward R Ginn III, ERG Enterprises, L.P., Lubert–Adler Management Co., L.P., Lubert–Adler Real Estate Fund III, L.P., Lubert–Adler Real Estate Parallel Fund III, L.P., Lubert–Adler Capital Real Estate Fund III, L.P., Lubert–Adler Real Estate Fund IV, L.P., Lubert–Adler Real Estate Parallel Fund IV, L.P., Lubert–Adler Capital Real Estate Fund IV, L.P., John Does 1–50, The President and Fellows of Harvard College, The Regents of the University of Michigan, The John D and Catherine T MacArthur Foundation, The Maryland State Retirement & Pension System, The Ohio Police & Fire Pension Fund, The Pennsylvania Public School Employees' Retirement System, The Commonwealth of Pennsylvania State Employees' Retirement System, Edward R. Ginn III Revocable Trust dtd 9/14/2002, ERG Management, LLC, Ira M. Lubert, Dean S. Adler, Lubert–Adler Group III, L.P., Lubert–Adler Group IV, L.P., A. Donald McCulloch, Jr., Carolyn B. McCulloch, A.C. Israel Enterprises, Inc., Adam L. Miller, Adolf A. Paier, Alan P. Smith, Ruth N. Smith, Alan P. Smith, as Trustee U/D of Harold L. Neuman Trust #1 dtd 11/21/69, Alan P. Smith, as Trustee U/D Harold L. Neuman Trust # dtd 11/21/69, Alan D. Levow, Amachie Kweku Ackah, Amy A. Fox, Daniel H. Wheeler, Amy B. Erlbaum, Andrew D. Rubin, Louise Rubin, Andrew Perry, Andrew Goldman, Anka Ltd Partnership, Anthony J. Calise, IRA, Arthur Marion Revocable Trust, Avril Klaff and Allan Reich, as Trustees of the Zara Trust U/T/A dtd 1/1/2006, Avril Klaff and Allan Reich, as Trustees of the Daniel Trust U/T/A dtd 1/1/2006, Avril Klaff and Allan Reich, as Trustees of the Marissa Trust U/T/A dtd 1/1/2006, BAHM IV, Barbara Toll, BCIP Associates II, Blackacre Capital Partners, L.P., BLK Investments, L.P., Bob C. Ladd, Bowdoin College, Brett Rubinson, Bruce A. Levy, Bruce S. Marks, Bonnie Kay Marks, Bull Ventures Ltd Partnership, C.H.A.I., LLC, Candace L. Sneberger, Carl Marbach, Helen Marbach, Catenary Partners, L.P., Chafetz Group LLC, Charles M. Robins, Christine V. Kanter, Christopher Moller, Jennifer Moller, Christopher Asplundh, Citizens Bank as Custodian, F/B/O Hirtle Callaghan Private Equity Fund III, L.P., City of Philadelphia Sinking Fund Commission, as Trustee for the Philadelphoa Gas Works Retirement Reserve Fund, Connell Family Partnership III, Criterion Holdings, LLC, Dan Nasser, Davco Management, LLC, David Schlessinger, David Nazarian, as Trustee for the Samy Nazarian Trust, Margaret Carver, David A. Braver, David D. Kim Trust dtd 12/31/87, David and Angella Nazarian Family Trust, David O. Oberkircher, David V. Wachs, David Ray, David F. Lincoln, David A. Brownstein, Debra Ellen Fox, Deutsche Bank Sharps Pixley Inc., Devin Aronstam, Diane C. Ray, Diane L. Myer Rev. Trust dtd 8/3/01, Donald M. Gleklen, Donald R. Auten, Judith W. Auten, Donald M. Rosen, Drexel University, E Wachs II, L.P., Edmund F. Garno, Jr., Edmund F. Garno, Jr. IRA, Edmund F. Garno III, Edward H.**

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

Rosen, Edward J. Fitzsimmons, Edward Ray, Lonnetta G. Ray, Edward Bowman, Kathleen Bowman, Edward M. Snider, Edwin J. Berkowitz, Emory University, Employees Retirement Plan of Duke University, Engle Associates, Erlbaum Family Ltd Partnership, Erlbaum Investments, L.P., Estate of Joseph A. Puleo, Jr., FEA II, L.P., Foster and Foster, LLC, France–Merrick Foundation, Inc., Garfield Refining Company Profit Sharing Plan, Gary E. Erlbaum, George M. Ross, Lyn M. Ross, George W. Karr, Jr., Gerald A. Ronon, Gerald M. Wilk, Glenville Capital Partners, L.P., Glenwood Road Associates Partnership, Gothic Corporation, Graham Alternative Investment Partners I, Group Fore, LLC, GT Real Property Holdings II, LLC, Harris Wildstein, Harvard Private Capital Realty, Inc., HEM Private Equity Fund 2000, LLC, Henry Dolfinger #2 T/W, Hersch M. Klaff, HMK Trust, Hoffman Investment Company, Howard Salasin, Howard B. Asher, Howard D. Ross, Susan K. Hollenstein, Humills, LLC, Hyman R. Kahn MD, IRM Associates, L.P., Irvin J. Borowsky, James A. Ounsworth, James Merritt Springstead Jr., James J. Kim, James J. Kim Trust dtd 9/30/92, Diane B. Springstead, James M. Springstead, James M. Meyer, James W. Zug, James M. Riordan, James Wolf, Nancy Wolf, Javick, L.P., Jay Philip Slovin, Jay H. Tolson, Jean Ellen Ray, Tobias Speckbacher, Jeannine Pulito, Jeannine Pulito and Nicole Linehan, as Trustees of the John T. Fries Dynasty Trust PNC Bank Delaware, Jeffrey Honickman, Jennie R. Berliant Revocable Trust, Jeremy Allen, Debra Allen, Jewish Federation of Greater Philadelphia, JILCY–1, L.P., JILCY–6, L.P., JLT Investments, LP, John T. Kim trust dtd 12/31/87, John R. Raeb Revocable Trust dtd 7/5/2000, John T. Lupton Trust, John Zagara, Johns Hopkins University, Jon M. Lubert, Jonathan B. Detweiler, as Trustee of the Jonathan B. Detweiler Revocable Trust, U/T/A/ dtd 4/29/2003, Joseph F. Waterman, Mary Joel Waterman, Joseph Neubauer, Joseph R. Papa, Joseph Zagara, Joseph P. Fahey, Kate Partners, LP, Keibreaux Associates, LP, Keith Loiselle, Carol Loiselle, Kenneth J. Gold, Kenneth A. Fox, Kenneth Waetzman, Shelley E. Waetzman, Kerri Schneider, Kirschner Brothers Profit Sharing Plan, KLT Investments, LP, Kodak Retirement Income Plan Trust, Koen Investments, LLC, L. Frederick Sutherland, Barbara H. Sutherland, Larry A. Cutler, Susan E. Cutler, Lawrence Chimerine, Lawrence S. Smith Profit Sharing Plan, Lennart Hagegard, Lenore Steiner, Leslie B. Frankel, Linda C. Meldrum, Lisa Roberts, Lynn W. Bernstein, Lyonshare Investments, Inc., Lyonshare Venture Capital, M. Walter D Alessio, Managed Care Connection, Inc., Marilyn Weissman Trust, Marjorie Rawls Roberts, Mark G. Cornish, Mark Wildstein, Martin D. Cohen, Martin L. Trichon, Judith K. Trichon, Marvin N. Demchick, Mildred W. Demchick, Matthew I. Garfield, Marie H. Garfield, Max H. Kraus, Lois B. Kraus, Maya B. Goldberg, MCE Family Ltd Partnership, MDR II LLC, Mellon Trust of New England, N.A., as Trustee of the Kodak Retirement Income Plan Trust, Melvin Herrin, Michael J. Caruso, Michael J. Hagan, Joyce Hagan, Michael S. Kirschner, Michael C. Erlbaum & Gary E. Erlbaum, as Trustees of the Adam J. Erlbaum Trust U/A dtd 4/4/97, Michael C. Erlbaum, Michael A. Braver, Michael W. Miles, Michael P. McNulty, Miriam D. Glantz, Mons Investments, LLC, Nancy S. Engle, Nancy J. Fox, Nextone LLC, Nicole Linehan, Northwestern University, Oliver Ernest Associates, L.P., Pamela Estadt, Patricia Guggenheim, Patrick S. Lee, Paul Trapido, Jude Ray, Peacock Productions, Pennock J. Yeatman IV, Peter S. Linder, Peter Unneman, Kathleen Unneman, Philadelphia Investment Partnership I, Philadelphia Health and Education Corporation, Prince Georges County Police Pension Plan, Prince Georges County Fire Service Pension Plan, R. Eric Emrich, Randy L. Pulito, Diane K. Pulito, Ray Family Partnership, Richard L. Freundlich, Richard L. Foster, Richard T. Kanter, Richard J. Anthony Sr., Richard H. Rosenthal Revocable Trust, Richard Guggenheim Test Amentary Marital Trust, Richard Levin, Richard Greenawalt, Robert P. Hauptfuhrer, Robert J. Higgins, Robert E. Keith, Jr., Margot W. Keith, Robert L. McNeil III, Robert Crown, Barbara Crown, Rochelle Broad, Roger J. Murphy, Barbara K. Murphy, Ronald J. Zlatoper, Barry O.

Zlatoper, Roslyn Jaffe, Roy S. Neff, RPM Select Fund, LP, RPM Metropolitan Fund (QP), LP, RPM Metropolitan Fund, LP, Rudman Family Ltd Partnership, L.P., S.K.B. Investors, Sadinoff Family Foundation, Sadinoff Family Enterprises, LLC, Sarah M. Cornish, Segel Partnership II, L.P., Seth J. Lehr, Ellyn Lehr, Seymour Sadinoff, Sheldon M. Bonovitz, Jill F. Bonovitz, Sidewater Associates I, Sidewater Family Partners, Stanley H. Engle Revocable Trust, Stanley H. Mickelberg, Stephen S. Phillips, Mary Ann Phillips, Steven H. Erlbaum, Steven Rosard, Laurie B. Rosard, Strategic Real Estate Fund – 2001, L.P., Stuart A. Margulies, Susan Y. Kim Trust dtd 12/31/87, Swirnow L–A IV Investors, LLC, Teachers Insurance and Annuity Assn of America, Terry K. Watanabe, The Washington University, The Vanderbilt University, The Trustees of Princeton University, The Catholic Bishop of Chicago – Endowment Fund, The Metropolitan Museum of Art, The Long–Term Alan J. Segel Trust, The Rockefeller University, The WFC Trust, The Jaffe Family Foundation, The Melvin Herrin 1992 Trust FBO H. Scott Herrin, The President and Trustees of Williams College, The Barra Foundation, Inc., The Marilyn J. Engle Living Revocable Trust dtd 9/21/06, Thomas K. Cloetingh, Joan E. Cloetingh, Thomas Jefferson University Endowment Fund, Thomas Jefferson University (1 – Pension), Thomas J. Knox, Thomas Parrington, Mary Lee Parrington, TJJK, LLC, Triangle Bridge Group, L.P., Tristam C. Colket, Jr., as Trustee of the Tristam C. Colket, Jr. Revocable Trust U/T/A dtd 2/5/2004, Trust U/W John Svenningsen, UBS, Custodian for the Rollover IRS John T. Fries, UBS, Custodian for the Rollover IRA Joseph R. Papa, UNC Investment Fund, UR, Unisys Master Trust, United National Insurance Company, University of Southern California, University of Virginia Investment Management Company, University of Oregon Foundation, V.G. Bell and E.V. Bell Trust UD 12/16/92 SV, Valmora Partners, L.P., Valmora Partners II, L.P., Vestal Venture Capital, Vestal Venture Capital II, Vestal Venture Capital III, Vincent G. Bell Jr., Elaine V. Bell, VSP Group, W. Kirk Wycoff, Warlen L.P., Wayne D. Bloch, Sheree I. Bloch, Wellesley College, WFC Holdings Corporation, William J. Stallkamp, William Harral III, William Marsh Rice University, Y & S Nazarian Revocable Trust, UTD dtd 9/2/2003, Yale University, Yale University Retirement Plan for Staff Employees, Yale University Retireee Health Benefits Coverage Trust, & Capital Partners, L.P. and Lawrence S. Smith Profit Sharing Trust

Defendant(s)
_____/

# SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Flagler Waterview Bldg
1515 N Flagler Dr #801
West Palm Beach FL 33401**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Eugene E Stearns Esq
150 W Flagler St #2300
Miami, FL 33130

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003–1(B)(2) corporate defendants must file a corporate ownership statement.

## Page 1 of 3

### PRETRIAL CONFERENCE INFORMATION:

Date: **November 9, 2010**

Time: **09:30 AM**

Location: **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401**

### TRIAL INFORMATION:

**THE TRIAL WILL BE SCHEDULED AT THE PRETRIAL CONFERENCE**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Clerk of Court**

By: Ellen Haas
Deputy Clerk

**Dated:** August 13, 2010

*Page 2 of 3*

## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____

| Print Name: |
| --- |
| Address: |
| City:            State:            Zip: |

*Page 3 of 3*