# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division
#### www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>GINN-LA ST. LUCIE LTD., LLLP, *et al.*,<br><br>Debtors. | **CASE NO. 08-29769(PGH)**<br>All Cases Jointly Administered |
| In re:<br>GINN-LA QUAIL WEST., LTD, LLLP, *et al.,*<br><br>Debtors. | Chapter 7 |
| DREW M. DILLWORTH, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD R. GINN III, *et al.,*<br><br>Defendants. | **ADV. PRO. NO. 10-02976-PGH** |

## UNSWORN DECLARATION OF STUART MARGULIES PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF THE LUBERT-ADLER DEFENDANTS' MOTION TO DISMISS

I, Stuart Margulies, of full age, hereby depose and state as follows:

1.      I am an adult over the age of eighteen and am a citizen and resident of the Commonwealth of Pennsylvania.

2.      The facts set forth herein are personally known by me to be true and correct and, if called as a witness, I could competently testify thereto.

3.      I am a Vice President of Lubert-Adler Group IV, LLC, the general partner of Lubert-Adler Group IV L.P., the general partner of Lubert-Adler Real Estate Fund IV,

L.P., Lubert-Adler Real Estate Parallel Fund IV, L.P., and Lubert-Adler Capital Real Estate Fund IV, L.P. and of Lubert-Adler Group III, LLC, the general partner of Lubert-Adler Group III L.P., the general partner of Lubert-Adler Real Estate Fund III, L.P., Lubert-Adler Real Estate Parallel Fund III, L.P., and Lubert-Adler Capital Real Estate Fund III, L.P..

2.    I am authorized to submit this Verification on behalf of the Lubert Adler Defendants in connection with their Motion to Dismiss the Trustee's Second Amended Complaint (the "Motion").

3.    Attached hereto as follows are true and correct copies of the following documents referred to in the Memorandum of Law in Support of the Motion:

a.    **"Exhibit A"**: The First Credit Agreement (together with Schedule 4.5 thereto).

b.    **"Exhibit B"**: The Second Credit Agreement (together with Schedule 4.5 thereto).

c.    **"Exhibit C"**:  A Subsidiary Guaranty executed by the Debtor Ginn-LA Quail West, Ltd., LLLP.

d.    **"Exhibit D"**: The June 2006 bank statement of Ginn-LA CS Borrower, LLC for account #8044845512 at Colonial Bank.

e.    **"Exhibit E"**:  The June 2006 bank statement of Ginn-LA Conduit Lender, Inc. for account #8044845538 at Colonial Bank.

f.    **"Exhibit F"**:   The 2006 bank statement of Ginn-LA CS Holding Company, LLC for account #8044845520 at Colonial Bank.

f.    **"Exhibit F":**    The 2006 bank statement of Ginn-LA CS Holding Company, LLC for account #8044845520 at Colonial Bank.

g.    **"Exhibit G":** the 2006 bank statement of Ginn-LA West End Ltd,. LLLP for account #8044845199 at Colonial Bank (redacted).

h.    **"Exhibit H":** the 2006 bank records of Ginn-LA West End Ltd. for account #200599960 at First Caribbean International Bank (redacted).

i.    **"Exhibit I":** the Debtors' respective Qualifications to Conduct Business in the State of Florida from the public records of the Florida Secretary of State.

j.    **"Exhibit J":** Ginn-LA CS Borrower, LLC, Ginn-LA CS Holding Co., LLC and Ginn-LA Conduit Lender, Inc.'s respective Qualifications to Conduct Business in the State of Florida from the public records of the Florida Secretary of State.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 23, 2010.


Stuart Margulies