# Exhibit D

Page 1 of 2

 **COLONIAL BANK**

*Questions about your account, call*
*Colonial Connection: 877-502-2265*

www.colonialbank.com

**Commercial Checking**

ACCOUNT NUMBER   8044845512

STATEMENT PERIOD   June 1, 2006 – June 30, 2006

Colonial Bank appreciates
your business. Thank you
for being our Customer.

GINN-LA CS BORROWER, LLC
215 CELEBRATION PLACE STE. 200
CELEBRATION FL 34747

## Account Summary

| | | | |
|---|---:|---|---:|
| Previous Balance | $ 0.00 | Average Collected Balance | $ 38,823,426.76 |
| Total Credit(s) | + 238,300,700.71 | | |
| Total Debit(s) | − 238,100,700.71 | | |
| Service Charge | − 0.00 | | |
| Ending Balance | $ 200,000.00 | | |



## Account Details

### Deposits and Other Credits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 6/8 | INCOMING WIRE CREDIT CREDIT SUISSE | 238,300,700.71 |

### Other Debits

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 6/12 | DEBIT MEMO | | 37,550,700.71 |
| 6/13 | DEBIT MEMO | TRANSFER | 200,000,000.00 |
| 6/26 | DEBIT MEMO | | 550,000.00 |

### Daily Balance Summary

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|---|---:|
| 5/31 | 0.00 | 6/12 | 200,750,000.00 | 6/26 | 200,000.00 |
| 6/8 | 238,300,700.71 | 6/13 | 750,000.00 | | |

COLONIAL BANK, N.A.    FINANCIAL STRENGTH IN LOCAL HANDS    *010155120020*  032165    31
MEMBER FDIC