# Exhibit E

Page 1 of 2

**COLONIAL BANK**

Questions about your account, call
Colonial Connection: 877-502-2265

www.colonialbank.com

**Cash Management Sweep Account**

| | |
|---|---|
| ACCOUNT NUMBER | 8044845538 |
| STATEMENT PERIOD | June 1, 2006 – June 30, 2006 |

 Colonial Bank appreciates your business. Thank you for being our Customer.

GINN-LA CONDUIT LENDER, INC.
215 CELEBRATION PLACE STE. 200
CELEBRATION FL 34747

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $ 0.00 | Average Collected Balance | $ 11,994,837.53 |
| Total Credit(s) | + 89,961,281.49 | | |
| Total Debit(s) | − 89,961,281.49 | | |
| Service Charge | − 0.00 | | |
| Ending Balance | $ 0.00 | | |



## Account Details

### Deposits and Other Credits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/8 | INCOMING WIRE CREDIT<br>CREDIT SUISSE | 89,961,281.49 |

### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/12 | OUTGOING WIRE DEBIT<br>GINN LA WEST END LIMITED 8044845538 | 89,961,281.49 |

### Daily Balance Summary

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 5/31 | 0.00 | 6/8 | 89,961,281.49 | 6/12 | 0.00 |

COLONIAL BANK, N.A.
MEMBER FDIC

FINANCIAL STRENGTH IN LOCAL HANDS

*010155380000*  010115  31