# Exhibit F

Page 1 of 3

# COLONIAL BANK 

Questions about your account, call
Colonial Connection: 877-502-2265

www.colonialbank.com

**Commercial Checking**

ACCOUNT NUMBER    8044845520
STATEMENT PERIOD    June 1, 2006 – June 30, 2006

Colonial Bank appreciates your business. Thank you for being our Customer.

GINN-LA CS HOLDING COMPANY, LLC
215 CELEBRATION PLACE, STE. 200
CELEBRATION FL 34747

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $ 0.00 | Average Collected Balance | $ 4,808,164.01 |
| Total Credit(s) | + 252,063,140.57 | | |
| Total Debit(s) | − 250,684,517.85 | | |
| Service Charge | − 0.00 | | |
| Ending Balance | $ 1,378,622.72 | | |

## Account Details

### Deposits and Other Credits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/12 | CREDIT MEMO | 37,550,700.71 |
| 6/13 | CREDIT MEMO    TRANSFER | 200,000,000.00 |
| 6/14 | INCOMING WIRE CREDIT<br>GINN LA WEST END, LIMITED | 14,504,764.86 |
| 6/29 | INCOMING WIRE CREDIT<br>STEWART TITLE GUARANTY COMPANY CREDIT SUISSE REFUND; JENNIFE | 7,675.00 |

### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/13 | OUTGOING WIRE DEBIT<br>LUBERT–ADLER REAL ESTATE FUND III 8044845520 | 133,572,899.09 |
| 6/13 | OUTGOING WIRE DEBIT<br>LUBERT–ADLER REAL ESTATE PARALLEL 8044845520 | 64,730,051.12 |
| 6/13 | OUTGOING WIRE DEBIT<br>LUBERT–ADLER CAPITAL REAL ESTATE 8044845520 | 18,760,038.98 |
| 6/13 | OUTGOING WIRE DEBIT<br>LUBERT–ADLER CAPITAL REAL ESTATE 8044845520 | 4,249,574.00 |
| 6/13 | OUTGOING WIRE DEBIT<br>LUBERT–ADLER REAL ESTATE PARALLEL 8044845520 | 2,860,051.61 |
| 6/13 | OUTGOING WIRE DEBIT<br>LUBERT–ALDLER REAL ESTATE PARALLEL 8044845520 | 1,987,359.44 |



COLONIAL BANK, N.A.    FINANCIAL STRENGTH IN LOCAL HANDS    '010255200040'  032167    31
MEMBER FDIC