# Exhibit G



Page 1 of 4

# COLONIAL BANK

*Questions about your account, call*
*Colonial Connection: 877-502-2265*

www.colonialbank.com

## Cash Management Sweep Account

ACCOUNT NUMBER    8044845199

STATEMENT PERIOD    June 1, 2006 – June 30, 2006



*Colonial Bank appreciates*
*your business. Thank you*
*for being our Customer.*

GINN-LA WEST END LTD., LLLP
215 CELEBRATION PLACE STE. 200
CELEBRATION FL 34747

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $ 0.00 | Average Collected Balance | – $ 130,245.60 |
| Total Credit(s) | + 249,372,642.13 | | |
| Total Debit(s) | – 249,372,642.13 | | |
| Service Charge | – 0.00 | | |
| Ending Balance | $ 0.00 | | |

## Account Details

### Deposits and Other Credits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

# Redacted

| 6/13 | INCOMING WIRE CREDIT<br>GINN LA WEST END LIMITED | 67,381,651.71 |
|---|---|---|



**COLONIAL BANK**

Questions about your account, call
Colonial Connection: 877-502-2265

www.colonialbank.com

Page 2 of 4

### Cash Management Sweep Account

ACCOUNT NUMBER   8044845199

STATEMENT PERIOD   June 1, 2006 – June 30, 2006

### Deposits and Other Credits (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/13 | INCOMING WIRE CREDIT<br>GINN LA WEST END LIMITED | 8,074,864.92 |

Redacted

### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

Redacted



**COLONIAL BANK.**

Questions about your account, call
Colonial Connection: 877-502-2265

www.colonialbank.com

Page 3 of 4

**Cash Management Sweep Account**

ACCOUNT NUMBER    8044845199

STATEMENT PERIOD    June 1, 2006 – June 30, 2006

## Other Debits (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Redacted | |
| 6/14 | OUTGOING WIRE DEBIT<br>LUBERT ADLER CAPITAL REAL ESTATE 8044845199 | 5,386,971.50 |
| 6/14 | OUTGOING WIRE DEBIT<br>LUBERT ADLER REAL ESTATE PARALLEL 8044845199 | 2,519,275.72 |
| 6/15 | OUTGOING WIRE DEBIT<br>LUBERT–ADLER REAL ESTATE FUND IV LP 8044845199 | 67,632,780.64 |
| | Redacted | |

## Daily Balance Summary

Redacted

COLONIAL BANK, N.A.
MEMBER FDIC

*020251990020* 032105    31