# Exhibit H

# Account Activity

03/07/2006 12:49:21 GMT

| Select Account | Bahamas-200599960-USD (CHEQUING ACCOUNT) | Get Activity |
|---|---|---|
| Current Period | Specified period | |
| From Date (dd/mm/yyyy) | Select Format: Comma Separated(CSV) | Download |
| To Date (dd/mm/yyyy) | | |

Account Activity for Current Period (Last 30 Days) Bahamas-200599960-USD (CHEQUING ACCOUNT) - (USD)

| Transaction Date | Instrument No. | Description | Debit Amount | Credit Amount | Running Balance |
|---|---|---|---|---|---|
| Redacted | | | | | |
| 14/06/2006 | | GINN LA CS HOLDING COMPANY, LL | 14,504,864.86 | 0.00 | |
| Redacted | | | | 0.00 | |
| 13/06/2006 | | GINN LA WEST END LTD, LLLP | 67,381,751.71 | 0.00 | |

Some transactions performed after normal business hours may not show till next business day.

Previous Next Print

End of Page

# Account Activity

03/07/2006 12:49:30 GMT

| | | | |
|---|---|---|---|
| Select Account | Bahamas-200599960-USD (CHEQUING ACCOUNT) | | Get Activity |
| Current Period | Specified period | | |
| From Date (dd/mm/yyyy) | | Select Format: Comma Separated(CSV) | Download |
| To Date (dd/mm/yyyy) | | | |

Account Activity for Current Period (Last 30 Days) Bahamas-200599960-USD (CHEQUING ACCOUNT) - (USD)

| Transaction Date | Instrument No. | Description | Debit Amount | Credit Amount | Running Balance |
|---|---|---|---|---|---|
| 13/06/2006 | | GINN LA WEST END LTD, LLLP | 8,074,964.92 | 0.00 | |
| 13/06/2006 | | GINN-LA CONDUIT LENDER, INC. | 0.00 | 89,961,246.49 | |

Redacted

Some transactions performed after normal business hours may not show till next business day.

Previous Print

End of Page

# Account Activity

03/07/2006 12:49:04 GMT

| Select Account | Bahamas-200599960-USD (CHEQUING ACCOUNT) | | Get Activity |
|---|---|---|---|
| ◉ Current Period | ○ Specified period | | |
| From Date (dd/mm/yyyy) | | Select Format: Comma Separated(CSV) | Download |
| To Date (dd/mm/yyyy) | | | |

Account Activity for Current Period (Last 30 Days) Bahamas-200599960-USD (CHEQUING ACCOUNT) - (USD)

| Transaction Date | Instrument No. | Description | Debit Amount | Credit Amount | Running Balance |
|---|---|---|---|---|---|
| | | Redacted | | | |
| 23/06/2006 | | GINN LA ST LUCIE LTD., LLLP | 1,000,100.00 | 0.00 | |

Redacted

Some transactions performed after normal business hours may not show till next business day.

Previous Next Print

End of Page