# Exhibit I

# State of Florida
## Department of State

I certify from the records of this office that GINN-LA QUAIL WEST LTD., LLLP is a limited partnership organized under the laws of Georgia, authorized to transact business in the State of Florida, filed on January 5, 2005.

The document number of this limited partnership is B05000000005.

I further certify that said limited partnership has paid all fees due this office through December 31, 2005, and its status is active.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Nineteenth day of April, 2005*



*Glenda E. Hood*
**Secretary of State**

Authentication ID: 200051234582-041905-B05000000005

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
www.sunbiz.org/auth.html

# State of Florida
## Department of State

I certify from the records of this office that GINN-QUAIL WEST GP, LLC is a limited liability company organized under the laws of Georgia, authorized to transact business in the State of Florida, qualified on December 27, 2004.

The document number of this limited liability company is M04000005676.

I further certify that said limited liability company has paid all fees due this office through December 31, 2006, that its most recent annual report was filed on April 26, 2006, and its status is active.

I further certify that said limited liability company has not filed a Certificate of Withdrawal.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Thirty First day of May, 2006*

Sue M. Cobb

*Secretary of State*



Authentication ID: 600075566936-053106-M04000005676

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
www.sunbiz.org/auth.html

LA004198

# State of Florida
## Department of State

I certify from the records of this office that GINN QUAIL WEST BEACH, LLC is a limited liability company organized under the laws of Georgia, authorized to transact business in the State of Florida, qualified on August 15, 2005.

The document number of this limited liability company is M05000004514.

I further certify that said limited liability company has paid all fees due this office through December 31, 2006, that its most recent annual report was filed on April 26, 2006, and its status is active.

I further certify that said limited liability company has not filed a Certificate of Withdrawal.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Twenty Fifth day of May, 2006*

Sue M. Cobb

**Secretary of State**



Authentication ID: I00075294141-052506-M05000004514

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
www.sunbiz.org/auth.html

LA003991

# State of Florida
## Department of State

I certify from the records of this office that GINN-LA ST. LUCIE LTD., LLLP is a limited partnership organized under the laws of Georgia, authorized to transact business in the State of Florida, filed on October 18, 2000.

The document number of this limited partnership is B00000000319.

I further certify that said limited partnership has paid all fees due this office through December 31, 2006, and its status is active.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Twenty Fifth day of May, 2006*

Sue M. Cobb

**Secretary of State**



Authentication ID: 500075291705-052506-B00000000319

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
www.sunbiz.org/auth.html

LA003594

# State of Florida
## Department of State

I certify from the records of this office that GINN-ST. LUCIE GP, LLC is a limited liability company organized under the laws of Georgia, authorized to transact business in the State of Florida, qualified on October 18, 2000.

The document number of this limited liability company is M00000002166.

I further certify that said limited liability company has paid all fees due this office through December 31, 2006, that its most recent annual report was filed on April 26, 2006, and its status is active.

I further certify that said limited liability company has not filed a Certificate of Withdrawal.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Thirty First day of May, 2006*



**Secretary of State**



Authentication ID: 300075566883-053106-M00000002166

To authenticate this certificate,visit the following site, enter this ID, and then follow the instructions displayed.
www.sunbiz.org/auth.html

LA004157

# State of Florida
## Department of State

I certify from the records of this office that THE TESORO CLUB, LLC is a limited liability company organized under the laws of Georgia, authorized to transact business in the State of Florida, qualified on November 21, 2002.

The document number of this limited liability company is M02000003085.

I further certify that said limited liability company has paid all fees due this office through December 31, 2006, that its most recent annual report was filed on April 27, 2006, and its status is active.

I further certify that said limited liability company has not filed a Certificate of Withdrawal.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Twenty Fifth day of May, 2006*

Sue M. Cobb

*Secretary of State*



Authentication ID: 900075203909-052506-M02000003085

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
www.sunbiz.org/auth.html

# State of Florida
## Department of State

I certify from the records of this office that TESORO GOLF CLUB CONDOMINIUM, LLC is a limited liability company organized under the laws of Georgia, authorized to transact business in the State of Florida, qualified on August 16, 2005.

The document number of this limited liability company is M05000004553.

I further certify that said limited liability company has paid all fees due this office through December 31, 2006, that its most recent annual report was filed on April 26, 2006, and its status is active.

I further certify that said limited liability company has not filed a Certificate of Withdrawal.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Twenty Fifth day of May, 2006*

Sue M. Cobb

**Secretary of State**



Authentication ID: A00075293954-052506-M05000004553

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
www.sunbiz.org/auth.html

LA003934