# Exhibit J

# State of Florida
## Department of State

I certify from the records of this office that GINN-LA CS BORROWER, LLC is a limited liability company organized under the laws of Delaware, authorized to transact business in the State of Florida, qualified on May 11, 2006.

The document number of this limited liability company is M06000002672.

I further certify that said limited liability company has paid all fees due this office through December 31, 2006, and its status is active.

I further certify that said limited liability company has not filed a Certificate of Withdrawal.



*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the First day of June, 2006*

Sue M. Cobb

*Secretary of State*

Authentication ID: 200075640712-060106-M06000002672

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
www.sunbiz.org/auth.html

LA003424

850-205-0381         5/31/2006 11:51   PAGE 001/003    Florida Dept of State

# State of Florida

## Department of State

I certify from the records of this office that GINN-LA CONDUIT LENDER, INC., is a corporation organized under the laws of Delaware, authorized to transact business in the State of Florida, qualified on May 30, 2006.

The document number of this corporation is F06000003796.

I further certify that said corporation has paid all fees due this office through December 31, 2006, and its status is active.

I further certify that said corporation has not filed a Certificate of Withdrawal.

I further certify that this is an electronically transmitted certificate authorized by section 15.16, Florida Statutes, and authenticated by the code, 206A00037755-053106-F06000003796-1/1, noted below.

Authentication Code: 206A00037755-053106-F06000003796-1/1

Given under my hand and the
Great Seal of the State of Florida,
at Tallahassee, the Capital, this the
Thirty-first day of May, 2006

*Sue M. Cobb*
Sue M. Cobb
Secretary of State

# State of Florida
## Department of State

I certify from the records of this office that GINN-LA CS HOLDING COMPANY, LLC is a limited liability company organized under the laws of Delaware, authorized to transact business in the State of Florida, qualified on May 11, 2006.

The document number of this limited liability company is M06000002671.

I further certify that said limited liability company has paid all fees due this office through December 31, 2008, that its most recent annual report was filed on April 22, 2008, and its status is active.

I further certify that said limited liability company has not filed a Certificate of Withdrawal.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Third day of September, 2008*

*Secretary of State*



Authentication ID: **800135333958-090308-M06000002671**

To authenticate this certificate, visit the following site, enter this ID, and then follow the instructions displayed.
https://efile.sunbiz.org/certauthver.html

Confidential

LA012681