UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>GINN-LA ST. LUCIE LTD., LLLP, *et al.*,<br><br>Debtors. | CASE NO. 08-29769(PGH)<br>All Cases Jointly Administered |
| In re:<br>GINN-LA QUAIL WEST., LTD, LLLP, *et al.*,<br><br>Debtors. | Chapter 7 |
| DREW M. DILLWORTH, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD R. GINN III, *et al.*,<br><br>Defendants. | ADV. PRO. NO. 10-02976-PGH |

## AFFIDAVIT OF EDWARD R. GINN III

STATE OF FLORIDA     )
                     )
COUNTY OF FLAGLER    )

Edward R. Ginn III, being duly sworn, hereby states:

1.  My name is Edward R. Ginn III. I make this affidavit from personal knowledge in my individual capacity, as Trustee of the Edward R. Ginn III Revocable Trust Dated Sept. 14, 2002, and as the manager of ERG Management, LLC, the general partner of ERG Enterprises, L.P.

2.  I am a resident of the state of Florida. I have been a Florida resident since 2004.

3.  I am the sole trustee of the Edward R. Ginn Revocable Trust Dated Sept. 14, 2002 (the "Trust"). The Trust is a revocable trust established under Florida law.

4.  ERG Management, LLC is a South Carolina limited liability company authorized to conduct business in Florida since March 2006. The principal place of business of ERG Management, LLC is 1 Hammock Beach Parkway, Palm Coast, Florida 32137.

5.  ERG Enterprises, L.P. is a Georgia limited partnership authorized to conduct business in Florida since March of 2006. The principal place of business of ERG Enterprises, L.P. is 1 Hammock Beach Parkway, Palm Coast, Florida 32137.

FURTHER AFFIANT SAYETH NOT.

_____
Edward R. Ginn III

STATE OF FLORIDA     )
                     )  SS
COUNTY OF FLAGLER    )

The foregoing instrument was acknowledged before me this 11 day of ~~September~~ October, 2010, by Edward R. Ginn III, who is personally known to me ~~or has presented~~ _____ as identification, and who did/did not take an oath.

_____
(Signature of Notary Public)

Christine M. Jones
(Printed Name of Notary Public)

My commission expires: 11/0/2016