## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>GINN-LA ST. LUCIE LTD., LLLP, *et al.*,<br><br>Debtors. | **CASE NO. 08-29769-PGH**<br>All Cases Jointly Administered<br><br>Chapter 7 |

In re:

GINN-LA QUAIL WEST LTD., LLLP, *et al.*,

Debtors.

DREW M. DILLWORTH, Chapter 7 Trustee,

Plaintiff,

vs.

EDWARD R. GINN III, et al.,

Defendants.

**ADV. PRO. NO. 10-02976-PGH**

### THE LUBERT-ADLER DEFENDANTS' INITIAL DISCLOSURES

Defendants Lubert-Management Co., L.P.; Lubert-Adler Real Estate Fund III, L.P.; Lubert-Adler Real Estate Parallel Fund III, L.P.; Lubert-Adler Capital Real Estate Fund III; Lubert-Adler Real Estate Fund IV, L.P.; Lubert-Adler Real Estate Parallel Fund IV, L.P.; Lubert-Adler Capital Real Estate Fund IV, L.P.; Lubert-Adler Group III, L.P., Lubert-Adler Group IV, L.P., Dean S. Adler and Ira M. Lubert (collectively, the "Lubert-Adler Defendants"), by and through undersigned counsel, and pursuant to Fed.R.Bankr. P. 7026, and the requirements of this Court's Order Setting Filing and disclosure Requirements (D.E. 41) submits to Plaintiff the following initial disclosures:

I.     **Name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**[1]

A.     Dean S. Adler. c/o William A. Harvey, Esquire, Klehr  Harrison Harvey Branzburg LLP, 1835 Market Street, Philadelphia, Pa 19103.  Subjects of information include the Credit Suisse Loan and the Projects.

B.     Ira M. Lubert.  c/o William A. Harvey, Esquire, Klehr  Harrison Harvey Branzburg LLP, 1835 Market Street, Philadelphia, Pa 19103.  Subjects of information include the Credit Suisse Loan.

C.     Stuart A. Margulies.  c/o William A. Harvey, Esquire, Klehr  Harrison Harvey Branzburg LLP, 1835 Market Street, Philadelphia, Pa 19103. Subjects of information include the Credit Suisse Loan and the Projects.

D.     Robert Rosenberg.  c/o William A. Harvey, Esquire, Klehr  Harrison Harvey Branzburg LLP, 1835 Market Street, Philadelphia, Pa 19103. Subjects of information include the Credit Suisse Loan and the Projects.

E.     Vinod Paidipalli. c/o William A. Harvey, Esquire, Klehr  Harrison Harvey Branzburg LLP, 1835 Market Street, Philadelphia, Pa 19103. Subjects of information include the Credit Suisse Loan and the Projects.

F.     Edward R. Ginn III.  c/o Lynn F. Chandler, Esquire.  Smith Moore Leatherwood LLP. 525 North Tryon Street, Suite 1400.  Charlotte, North Carolina 28202.  Subjects of information include the Credit Suisse Loan and the Projects.

G.     Robert F. Masters.  12 East Forest Road, Asheville, NC 28803.  Subjects of information include the Credit Suisse Loan and the Projects.

H.     Steven K. Griessel.  Regenovation, LLC, 976 Lake Baldwin Lane, Suite 102, Orlando, Fla. 32814.  Subjects of information include the Credit Suisse Loan and the Projects.

I.     John P. Klumph.  9709 Nisswa Place, Orlando, Fla. 32826.  Subjects of information include the Credit Suisse Loan and the Projects.

J.     Ralph E. Zeigler. 2764 Windsor Hill Dr., Windemere, Fla. 34786.  Subjects of information include the Credit Suisse Loan and the Projects.

---

[1] Unless otherwise stated herein, defined terms shall have the meaning described in Plaintiff's First Request for Production (to All Defendants), including the definitions of "Projects" and "Credit Suisse Loan."

K.    Brian J. Warner. 2000 Thunderbird Trail. Maitland, Fla. 32751. Subjects of information include the Credit Suisse Loan and the Projects.

L.    John M. Gantt, Jr. 3342 N. Oceanshore Blvd., Flagler Beach, Fla. 32136. Subjects of information include the Credit Suisse Loan and the Projects.

M.    John Gray. 1181 New Castle Court, Oviedo, Fla. 32765. Subjects of information include the Credit Suisse Loan and the Projects.

N.    Greg Ulmer. 345 Ocean Forest Dr., St. Augustine, Fla. 32080. Subjects of information include the Credit Suisse Loan and the Projects.

O.    David Hurst. 383 Boulder Creek Drive, Boone, NC 28603. Subjects of information include the Credit Suisse Loan and the Projects

P.    Harrison Stearne. 357 Russtleton Road, Boone, NC 28607. Subjects of information include the Credit Suisse Loan and the Projects

Q.    Wallace Long. 1234 Rollingwoods Lane, Lakeland, Fla. 33813. Subjects of information include the Credit Suisse Loan and the Projects.

R.    Tom Brosnan. 100 Club Drive, Ste 217, Burnsville, NC 28714. Subjects of information include the Credit Suisse Loan and the Projects.

S.    Joseph Crocker. PO Box 2055, 11413 Lake Butler Blvd., Windermere, Fla. 34786. Subjects of information include the Credit Suisse Loan and the Projects.

T.    John Pinter. 3340 SW Rivers End Way, Palm City, Fla. 34990. Subjects of information include the Credit Suisse Loan and the Projects.

U.    Aiden Lynch. 108 Island Estates Parkway, Palm Coat, Fla. 32137. Subjects of information include the Credit Suisse Loan and the Projects.

V.    Bryan Arnold. 151 N. Orlando Avenue, #233, Winter Park, Fla. 32789. Subjects of information include accounting relating to the Projects and the Credit Suisse Loan.

W.    The following persons whose last know address was c/o Credit Suisse Securities (USA) LLC, 11 Madison Avenue, NYC, NY 10010: J. Tracy Mehr,; Jay Dresner; Michael Speller.

X.    The following attorneys from the law firm of Morris Manning & Martin, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326. John G. "Sonny" Morris, Jeanna Brannon, Cassady V. Brewer, Douglas Selph, Charles Beaudrot. Subjects of information include the Credit Suisse Loan and the Projects.

Y.  Joshua Sussberg, Kirkland & Ellis, Citigroup Center, 153 East 53rd Street, New York, New York, New York 10022. Subjects of information include the restructure of the Credit Suisse Loan and the Debtors' bankruptcy filing.

Z.  The limited partner investors. Subjects of information include their receipt of distributions in June, 2006.

AA.  Drew M. Dillworth.  Subjects of information include the conduct of the bankruptcy proceedings.

**II.  Description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody and control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

Consistent with and subject to the objections and responses asserted in *The Lubert-Adler Defendants' Response to Plaintiffs' First Request for Production of Documents*, the Lubert-Adler Defendants identify and incorporate by reference the categories of documents described in Plaintiff's First Request for Production (To All Defendants) including:

1.  Documents relating to the Credit Suisse Loan, including distribution of the loan proceeds.

2.  Documents relating to the Projects, including Fund III and Fund IV investments in the Projects.

**III.  Computation of Damages:**

N/A.

**IV.  Existence of Insurance Agreements Which May Provide Coverage All or Part of Any Judgment:**

The Lubert-Adler Defendants have submitted a claim for coverage to Houston Casualty Company under Private Equity Professional Insurance Policy No. H708-60641.

4

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a copy of the foregoing was served to all parties on the attached Electronic Service List on this 5th day of November, 2010.

Dated: November 5, 2010

Respectfully submitted,

BERGER SINGERMAN, P.A.
Counsel to the Lubert-Adler Defendants
200 South Biscayne Boulevard
Suite 1000
Miami, Florida  33131
(305) 755-9500
Fax: (305) 714-4340

By: *s/ Paul Steven Singerman*
Paul Steven Singerman
Fla. Bar No. 378860
singerman@bergersingerman.com

- AND -

KLEHR HARRISON HARVEY
BRANZBURG LLP

William A. Harvey
Rona J. Rosen
1835 Market Street
Philadelphia, PA  191103
(215) 568-6060
Fax: (215) 568-6603

3217091-1

**Electronic Service List**

Pursuant to the Court's Electronic Mailing Notice List, the following parties are currently registered to receive Notice of Electronic Filings in this adversary proceeding:

- Scott L Baena    sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- Lynn F Chandler    lynn.chandler@smithmoorelaw.com, johanne.bloom@smithmoorelaw.com;devire.robinson@smithmoorelaw.com;jeff.macharg@smithmoorelaw.com;jon.heyl@smithmoorelaw.com
- Robert N Gilbert    rgilbert@carltonfields.com, kdemar@carltonfields.com
- Harold D Moorefield Jr.    hmoorefield@stearnsweaver.com, cgraver@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- Paul Steven Singerman    singerman@bergersingerman.com, efile@bergersingerman.com
- Charles W Throckmorton    cwt@kttlaw.com, lf@kttlaw.com;la@kttlaw.com
- Allan E Wulbern    awulbern@smithhulsey.com, kgammill@smithhulsey.com;jbolling@smithhulsey.com;asyed@smithhulsey.com

3217091-1