UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**West Palm Beach Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>GINN-LA ST. LUCIE LTD., LLLP, *et al.*,<br><br>                    Debtors.<br>_____/ | **CASE NO. 08-29769-PGH**<br>All Cases Jointly Administered<br><br>Chapter 7<br><br>(4 Cases Substantively Consolidated Under Lead Case No. 08-29769-PGH)[1/] |
| In re:<br>GINN-LA QUAIL WEST LTD., LLLP, *et al.*,<br><br>                    Debtors.<br>_____/ | (3 Cases Substantively Consolidated Under Lead Case No. 08-29774-PGH)[2/] |
| DREW M. DILLWORTH, Chapter 7 Trustee,<br><br>                    Plaintiff,<br><br>      vs.<br><br>EDWARD R. GINN, III, et al.<br><br>                    Defendants.<br>_____/ | **ADV. PRO. NO. 10-02976-PGH** |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
THE "SOVEREIGN INVESTOR" DEFENDANTS'
MOTIONS TO DISMISS THIRD AMENDED COMPLAINT**

Plaintiff Drew M. Dillworth ("Trustee Dillworth"), in his capacity as Chapter 7 Trustee for the Tesoro and Quail West Debtors' Estates, hereby files this memorandum in opposition to the "Sovereign Investor" Defendants' Motion to Dismiss [ECF No. 173].

---

[1/] The "Tesoro Debtors' Estates" (Nos. 08-29769-PGH, 08-29770-PGH, 08-29772-PGH, and 08-29773-PGH) are substantively consolidated into Lead Case No. 08-29769-PGH. Order [ECF No. 308/309]. The "Tesoro Debtors," and the last four digits of their respective tax identification numbers, are: (i) Ginn-LA St. Lucie Ltd., LLLP – 5632; (ii) Ginn-St Lucie GP, LLC – 0983; (iii) Tesoro Golf Club Condo., LLC – 4385; and (iv) The Tesoro Club, LLC – 1917. *See* 11 U.S.C. § 342(c)(1).

[2/] The "Quail West Debtors' Estates" (Nos. 08-29774-PGH, 08-29775-PGH, and 08-29776-PGH) are substantively consolidated into Lead Case No. 08-29774-PGH. Order [ECF No. 34]. The "Quail West Debtors," and the last four digits of their respective tax identification numbers, are: (i) Ginn-LA Quail West Ltd., LLLP – 2397; (ii) Ginn-Quail West Beach, LLC – 9142; and (iii) Ginn-Quail West GP, LLC – 6313. *See* 11 U.S.C. § 342(c)(1).

-2-

Trustee Dillworth incorporates by reference his Memorandum in Opposition [ECF No. 146] to the Regents of the University of Michigan's Motion to Dismiss the Second Amended Complaint. For the reasons set forth therein, the "Sovereign Investor" Defendants' Motion should be denied. The Trustee concedes, however, that if the Court is inclined to adhere to the Conclusions of Law expressed in its Order Granting the Regents of the University of Michigan's Motion to Dismiss the Second Amended Complaint [ECF No. 154], those Conclusions of Law would apply equally to the "Sovereign Investor" Defendants.[3]

---

[3] For the record, we disagree with the "Sovereign Investor" Defendants' blanket assertion, without citation, that "the deadline" to appeal the Order as to Michigan "has passed" and the Order "therefore is final." Motion, p. 1, ¶ 1. Because the Order only disposed of the claims asserted against *one* of the many Defendants in this adversary proceeding, it is, by definition, a non-final interlocutory order, which is not yet appealable "as of right." *See* 28 U.S.C. § 158(a); Fed. R. Civ. P. 54(b); *In re Southeast Banking Corp. (Brandt v. Bassett)*, 69 F.3d 1539, 1546-50 (11th Cir. 1995).

Dated: February 11, 2011

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A.

Attorneys for Drew M. Dillworth,
Chapter 7 Trustee of the Tesoro Debtors' Estates
and the Quail West Debtors' Estates

Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile:  (305) 789-3395

I hereby certify that I am admitted to the Bar of
the United States District Court for the Southern District
of Florida and I am in compliance with the additional
qualifications to practice in this Court set forth in
Local Rule 2090-1(A).


By:  /s/ Harold D. Moorefield
    EUGENE E. STEARNS
    Fla. Bar No. 149335
    estearns@stearnsweaver.com
    HAROLD D. MOOREFIELD, JR.
    Fla. Bar No. 239291
    hmoorefield@stearnsweaver.com
    MATTHEW W. BUTTRICK
    Fla. Bar No. 176028
    mbuttrick@stearnsweaver.com
    ANDREW E. STEARNS
    Fla. Bar No. 661651
    astearns@stearnsweaver.com

-3-

STEARNS  WEAVER  MILLER  WEISSLER  ALHADEFF  &  SITTERSON,  P.A.
MUSEUM TOWER, 150 WEST FLAGLER STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 789-3200