# EXHIBIT A



EXECUTION VERSION

# FIRST LIEN CREDIT AGREEMENT

DATED AS OF JUNE 8, 2006

Among

**GINN-LA CS BORROWER, LLC**

and

**GINN-LA CONDUIT LENDER, INC.**
collectively, as the Borrower,

**THE LENDERS LISTED HEREIN,**
as the Lenders,

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH**
as Administrative Agent and Collateral Agent

and

**CREDIT SUISSE SECURITIES (USA) LLC,**
as Paying Agent, Fronting Bank, Sole Lead Arranger and Sole Bookrunner,

---

**$525,000,000 SENIOR FIRST LIEN CREDIT FACILITY**

---

NY\1139561.13

CREDIT AGREEMENT

LA000012

EXECUTION VERSION

## CREDIT AGREEMENT

This **FIRST LIEN CREDIT AGREEMENT** (this "**Agreement**") is dated as of June 8, 2006 and entered into by and among **GINN-LA CONDUIT LENDER, INC.**, a Delaware corporation, and **GINN-LA CS BORROWER, LLC**, a Delaware limited liability company (collectively, the "**Borrower**"), THE BANKS, FINANCIAL INSTITUTIONS AND OTHER ENTITIES LISTED ON THE SIGNATURE PAGES HEREOF (each individually, together with its successors and assigns, referred to herein as a "**Lender**" and collectively, together with their successors and assigns, as the "**Lenders**"), CREDIT SUISSE, CAYMAN ISLANDS BRANCH ("**Credit Suisse**"), as administrative agent for the Lenders (in such capacity, together with its successors and assigns, the "**Administrative Agent**") and as collateral agent (in such capacity, together with its successors and assigns, the "**Collateral Agent**"), CREDIT SUISSE SECURITIES (USA) LLC, as lead arranger for the Lenders (in such capacity, together with its successors and assigns, the "**Arranger**") as paying agent (in such capacity, together with its successors and assigns, the "**Paying Agent**"), as fronting bank (in such capacity, together with its successors and assigns, the "**Fronting Bank**"), and as sole bookrunner (in such capacity, together with its successors and assigns, the "**Bookrunner**"; together with the Administrative Agent, the Arranger, the Collateral Agent and the Paying Agent, the "**Agents**") for the Lenders.

## RECITALS

A. WHEREAS, the Borrower desires that the Lenders extend certain senior term loans (Tranche B) to the Borrower hereunder, the proceeds of which, together with the proceeds of the loans under the Second Lien Credit Agreement will be used: (i) to repay the Existing Indebtedness of the Borrower and its Subsidiaries, (ii) to make certain distributions to the holders of the Capital Stock of the Borrower, and (iii) to pay the Transaction Costs.

B. WHEREAS, the Borrower desires that the Lenders extend certain senior "synthetic revolving" loans (Tranche A) to the Borrower hereunder, the proceeds of which may be used to finance a portion of the development, construction and other costs associated with each Project and to fund general company and working capital needs of the Borrower and its Subsidiaries; and

C. WHEREAS, the Agents and the Lenders party hereto desire to enter into this Agreement to provide for such loans to the Borrower subject to the terms and conditions contained herein.

NOW, THEREFORE, in consideration of the premises and the agreements, provisions and covenants herein contained, and for ten dollars and other good and valuable consideration, the receipt and legal sufficiency of which is hereby acknowledged, the parties hereto agree to enter into this Credit Agreement as follows:

## SECTION 1.
## DEFINITIONS

1.1  **Certain Defined Terms**.

The following terms used in this Agreement shall have the following meanings:

"**Account Holder**" means a financial institution reasonably acceptable to Administrative Agent at which certain Deposit Accounts and/or securities accounts will be maintained, it being understood and agreed that Colonial Bank and First Caribbean Bank are acceptable to Administrative Agent.

7   CREDIT AGREEMENT

NY\1139561.13

LA000019

 

EXECUTION VERSION

"**Bahamas Owner**" means Ginn-LA West End, Limited, an international business company formed under the laws of the Bahamas, which entity owns the Project commonly known as Grand Bahama (West End).

"**Bahamas Project Expenses**" means, for any period and without duplication, the costs and expenses incurred by the Bahamas Owner in connection with the development of the Grand Bahamas (West End) Project (including, without limitation, the development and subdivision of any Residential Lots, Infrastructure and any vertical improvements and bonding therefor) as contemplated in the Project Projections including, without limitation, general and administrative expenses, allocated overhead, marketing expenses, architectural, engineering and legal fees, developer and contractor fees, land development costs, construction costs, costs of acquiring additional Real Property Collateral in accordance with the Project Projections, and carrying costs (consisting of taxes, insurance costs, capital expenditures, and property owners association subsidies and reserve funding), excluding, however, for purposes of the definition of Net Cash from Project Sales, all costs and expenses associated with the operations of the Golf Courses, Membership Clubs and related amenities which are included in the calculation of Net Cash from Operations.

"**Bankruptcy Code**" means Title 11 of the United States Code entitled "Bankruptcy", as now and hereafter in effect, or any successor statute.

"**Base Rate**" means, at any time, the higher of (a) the Prime Rate or (b) the rate which is 0.5% in excess of the Federal Funds Effective Rate.

"**Base Rate Borrowing**" means a Borrowing of Base Rate Loans.

"**Base Rate Loans**" means Loans bearing interest at rates determined by reference to the Base Rate as provided in Section 2.6A.

"**Borrower**" has the meaning assigned to that term in the introductory paragraph.

"**Borrower Competitor**" means a Person primarily in the business of acquiring and developing land for sale as single family homes and condominiums, including, without limitation, those Persons identified by the Borrower on Schedule 1.1(a).

"**Borrower's Knowledge**" shall mean the actual knowledge, after reasonable inquiry, of the Responsible Officers of the Borrower.

"**Borrower Pension Plan**" means any pension plan, as defined in Section 3(2) of ERISA, other than a Pension Plan or Multiemployer Plan, which is intended to be qualified under Section 401(a) of the Internal Revenue Code and which is, or was within the past six years, maintained or contributed to by Borrower or its Subsidiaries.

"**Borrowing**" means (a) all Base Rate Loans of the same Class made, converted or continued on the same date or (b) all Eurodollar Rate Loans of the same Class that have the same Interest Period.

"**Bulk Asset Sale**" means an aggregate value of an Asset Sale or a series of related Asset Sales equal to or greater than $20,000,000.

"**Business Day**" means a day other than a Saturday, Sunday or other day on which commercial banks in New York City are authorized or required by law to close; provided that with respect to matters relating to Eurodollar Rate Loans, the term "**Business Day**" shall mean a day other than a Saturday,