# EXHIBIT B



EXECUTION VERSION

management and policies of such entity is at the time owned or controlled, directly or indirectly, by that Person or one or more of the other Subsidiaries of that Person or a combination thereof, excluding Ginn-LA West End Ltd., LLLP, Ginn-LA International Business Company, Ltd., Ginn-LA West End, Limited and Quail West Foundation, Inc.

"**Subsidiary Guarantor**" means, individually, each Subsidiary of Borrower and all Subsidiaries of Subsidiaries of Borrower, and "Subsidiary Guarantors" means, collectively, all of the foregoing, excluding, however Quail West Foundation, Inc.

"**Subsidiary Guaranties**" means the Subsidiary Guaranties, substantially in the form of Exhibit XXII annexed hereto, executed and delivered by each of the Subsidiary Guarantors on the Effective Date, or executed and delivered by any additional Subsidiary Guarantors from time to time thereafter pursuant to Section 5.11, as such Guaranty may hereafter be amended, restated, supplemented or otherwise Modified from time to time.

"**Supplemental Collateral Agent**" and "**Supplemental Collateral Agents**" shall have the meaning assigned to these terms in Section 8.1B.

"**Taxes**" means all present or future taxes, levies, imposts, duties, deductions, withholdings, assessments, fees or other charges imposed by any Governmental Authority, including any interest, additions to tax or penalties applicable thereto.

"**Tesoro Golf Lease**" means the Lease Agreement between Ginn Tesoro Golf Ltd., LLLP, as Lessor, and The Tesoro Club, LLC, as Lessee, dated December 31, 2005 pursuant to which the Golf Course (more particularly described therein) located at the Tesoro Project is leased to The Tesoro Club, LLC.

"**Tesoro Golf Sale Leaseback**" means the sale of the Golf Course located at the Tesoro Project and more particularly described in the Tesoro Golf Lease in exchange for a purchase money promissory note and mortgage in favor of Ginn-LA St. Lucie Ltd., LLLP and the Tesoro Golf Lease, which purchase money promissory note and mortgage are collaterally assigned to Collateral Agent pursuant to a Collateral Assignment of Mortgage and Note.

"**Tesoro Membership Club Sale Leaseback**" means the sale of the Membership Club located at the Tesoro Project to an Affiliate in exchange for a purchase money promissory note and mortgage and lease back of such Membership Club in favor of Ginn-LA St. Lucie Ltd., LLLP, which purchase money promissory note and mortgage are collaterally assigned to Collateral Agent pursuant to a Collateral Assignment of Mortgage and Note.

"**Third Party Operator**" means any third party operator or manager of the Golf Courses, the Membership Clubs or other amenities related to each Project providing operations, management and/or other services with regard to each Project.

"**Third Party Operating Agreement**" means any management, operating or other similar agreement between Borrower or any of its Subsidiaries and any Third Party Operator, which agreement shall be in form and substance reasonably satisfactory to the Administrative Agent.

"**Title Company**" means, collectively, one or more title insurance companies reasonably satisfactory to the Administrative Agent.

"**Total Debt LTV Ratio**" has the meaning assigned to that term in Section 6.6A.