# EXHIBIT E

## SCHEDULE 1

**FULL RECOURSE BORROWER PARTIES OTHER THAN THE BORROWERS**

Ginn-Quail West GP, LLC
Ginn-St. Lucie GP, LLC
Ginn-Laurel Creek GP, LLC
Ginn-LA Quail West Ltd., LLLP
Ginn-LA Laurel Creek Ltd., LLLP
Ginn-LA St. Lucie Ltd., LLLP
The Tesoro Club, LLC
Tesoro Golf Club Condominium, LLC
Tesoro Beach Club Condominium, LLC
Ginn Quail West Beach, LLC

647079.08-New York Server 3A - MSW

LA011461