# EXHIBIT F

EXECUTION VERSION

---

# MASTER RESTRUCTURING AGREEMENT

DATED AS OF December 19, 2008

Among

**GINN-LA CS BORROWER, LLC**
and
**GINN-LA CONDUIT LENDER, INC.**
collectively, as the Borrowers,

**THE FULL RECOURSE BORROWER PARTIES,
LIMITED RECOURSE BORROWER PARTIES AND
OTHER GINN/LA PARTIES LISTED HEREIN**

**THE LENDERS,**

and

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH**
as Administrative Agent and Collateral Agent

---

**IN CONNECTION WITH THE EXISTING
$525,000,000 SENIOR FIRST LIEN CREDIT FACILITY**

---

EXECUTION VERSION

# MASTER RESTRUCTURING AGREEMENT

This MASTER RESTRUCTURING AGREEMENT, dated as of December 19, 2008 (this "Agreement"), is made and entered into by and among GINN-LA CS BORROWER, LLC, a Delaware limited liability company ("CS Borrower") and GINN-LA CONDUIT LENDER, INC., a Delaware corporation ("Conduit Borrower" and together with CS Borrower, collectively, the "Borrowers"), each of the entities listed on Schedule 1 attached hereto and incorporated herein (such entities together with the Borrowers, the "Full Recourse Borrower Parties" and each, including the Borrowers, a "Full Recourse Borrower Party"), each of the entities listed on Schedule 2 attached hereto and incorporated herein (such entities, the "Limited Recourse Borrower Parties"; the Limited Recourse Borrower Parties together with the full Recourse Borrower Parties are hereinafter referred to as the "Borrower Parties," and each, a "Borrower Party"), each of the entities listed on Schedule 3 attached hereto and incorporated herein (such entities, the "Other Ginn/LA Parties"; the Other Ginn/LA Parties, together with the Borrower Parties, the "Ginn/LA Parties"), and CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as administrative agent for the Lenders (as defined below) and as collateral agent for the Lenders (the "Agent").

WHEREAS, the Borrowers, the lenders that are parties thereto from time to time (the "Lenders") and the Agent entered into that certain First Lien Credit Agreement, dated as of June 8, 2006 (the "Original Credit Agreement"), as amended pursuant to that certain Waiver and Amendment to First Lien Credit Agreement, executed as of April 30, 2007, but effective as of April 15, 2007 (the "First Amendment"); that certain Second Waiver and Amendment to First Lien Credit Agreement, executed as of June 28, 2007, but effective as of July 20, 2007 (the "Second Amendment"); that certain Waiver to First Lien Credit Agreement, executed as of April 18, 2008, but effective as of April 14, 2008 (the "Waiver"); and that certain Third Amendment to First Lien Credit Agreement, executed as of September 8, 2008, but effective as of September 10, 2008 (the "Third Amendment," and together with the Original Credit Agreement, the First Amendment, the Second Amendment and the Waiver, as the same may be further amended, restated, extended, modified or otherwise supplemented from time to time, the "Credit Agreement").

WHEREAS, the Agent, the Borrowers and certain other Borrower Parties signatory thereto entered into that certain prenegotiation letter agreement, dated as of June 24, 2008 (the "Prenegotiation Agreement") to memorialize certain agreements among such parties.

WHEREAS, the Borrower Parties, the Agent and the Requisite Lenders signatories thereto entered into that certain Acknowledgement and Forbearance Agreement, dated as of June 30, 2008 (the "Original Forbearance Agreement"), as amended by that certain First Amendment to Acknowledgment and Forbearance Agreement, dated as of July 28, 2008 (the "First Amendment to Forbearance Agreement"), and that certain Second Amendment to Acknowledgment and Forbearance Agreement, dated as of September 8, 2008 (the "Second Amendment to Forbearance Agreement," and together with the Original Forbearance Agreement and the First Amendment to Forbearance Agreement, the "Forbearance Agreement") to memorialize certain agreements with respect to certain defaults by the Borrowers under the Credit Agreement.

SCHEDULE 1

**FULL RECOURSE BORROWER PARTIES OTHER THAN THE BORROWERS**

Ginn-Quail West GP, LLC
Ginn-St. Lucie GP, LLC
Ginn-Laurel Creek GP, LLC
Ginn-LA Quail West Ltd., LLLP
Ginn-LA Laurel Creek Ltd., LLLP
Ginn-LA St. Lucie Ltd., LLLP
The Tesoro Club, LLC
Tesoro Golf Club Condominium, LLC
Tesoro Beach Club Condominium, LLC
Ginn Quail West Beach, LLC