# EXHIBIT G

The following Persons hereby execute this Agreement to acknowledge this Agreement, to make the respective representations, warranties and covenants of such Persons set forth in this Agreement and to reaffirm their obligations, if any, under the Loan Documents, provided that the execution and delivery of this Agreement by the Limited Recourse Borrower Parties and the Other Ginn/LA Parties shall not be construed in any way to expand the limited nature of the obligations, if any, of such Persons under the Loan Documents, except and to the extent provided herein.

GINN-LA CS HOLDING COMPANY, LLC,
a Delaware limited liability company

By: _____
        Robert H. Gidel, President

GINN-QUAIL WEST GP, LLC,
a Georgia limited liability company

By: _____
        Robert H. Gidel, President

GINN-ST. LUCIE GP, LLC,
a Georgia limited liability company

By: _____
        Robert H. Gidel, President

GINN-LAUREL CREEK GP, LLC,
a Georgia limited liability company

By: _____
        Robert H. Gidel, President

GINN-WEST END GP, LLC,
a Georgia limited liability company

By: _____
        Robert H. Gidel, President

*[Signature Page to Master Restructuring Agreement]*

LA013704

GINN-LA WEST END LTD., LLLP,
a Georgia limited liability limited partnership

By:   GINN-WEST END GP, LLC,
      a Georgia limited liability company,
      its general partner

      By: _____
          Robert H. Gidel, President

GINN-LA QUAIL WEST LTD., LLLP,
a Georgia limited liability limited partnership

By:   GINN-QUAIL WEST GP, LLC,
      a Georgia limited liability company,
      its general partner

      By: _____
          Robert H. Gidel, President

GINN-LA LAUREL CREEK LTD., LLLP,
a Georgia limited liability limited partnership

By:   GINN-LAUREL CREEK GP, LLC,
      a Georgia limited liability company,
      its general partner

      By: _____
          Robert H. Gidel, President

GINN-LA ST. LUCIE LTD., LLLP,
a Georgia limited liability limited partnership

By:   GINN-ST. LUCIE GP, LLC,
      a Georgia limited liability company,
      its general partner

      By: _____
          Robert H. Gidel, President

*[Signature Page to Master Restructuring Agreement]*

LA013705

THE TESORO CLUB, LLC,
a Georgia limited liability company

By: _____
Robert H. Gidel, President

TESORO GOLF CLUB CONDOMINIUM, LLC,
a Georgia limited liability company

By: _____
Robert H. Gidel, President

TESORO BEACH CLUB CONDOMINIUM, LLC,
a Georgia limited liability company

By: _____
Robert H. Gidel, President

GINN QUAIL WEST BEACH, LLC,
a Georgia limited liability company

By: _____
Robert H. Gidel, President

GINN-LA WEST END, LIMITED,
a Bahamian company

By: _____
Robert H. Gidel, President

GINN-LA OBB LIMITED,
a Bahamian company

By: _____
Robert H. Gidel, President

*[Signature Page to Master Restructuring Agreement]*

ERG ENTERPRISES, LP,
a Georgia limited partnership

By:    ERG MANAGEMENT, LLC,
       a South Carolina limited liability company,
       its General Partner

       By:    _____
              Edward R. Ginn, III, Manager

*[Signature Page to Master Restructuring Agreement]*

LA013707

EXHIBIT A

**DEFINITIONS**

Following is a glossary of capitalized terms used and defined in this Agreement. Capitalized terms used in this Agreement and not defined herein shall have the meanings provided in the Credit Agreement.

"Agent" has the meaning given to such term in the introductory paragraph.

"Agreement" has the meaning given to such term in the introductory paragraph.

"Bahamian Newco" has the meaning given to such term in Section 10(b)(ii).

"Bankruptcy Court" means the United States Bankruptcy Court for the Southern District of Florida, Palm Beach Division.

"Borrower Parties" has the meaning given to such term in the introductory paragraph.

"Borrower Parties Released Claims" has the meaning given to such term in Section 3(d).

"Borrower Parties Waivers" has the meaning given to such term in Section 3(a).

"Borrower Released Parties" has the meaning given to such term in Section 3(f).

"Borrowers" has the meaning given to such term in the introductory paragraph.

"Conduit Borrower" has the meaning given to such term in the introductory paragraph.

"Conduit Loan" means that certain intercompany loan made by Conduit Borrower, as lender, to West End, as borrower, in the maximum principal amount of up to $276,750,000, pursuant and subject to the Conduit Loan Documents.

"Conduit Loan Confession of Judgment" has the meaning given to such term in Section 10(a)(iii).

"Conduit Loan Documents" means, collectively, (i) that certain Intercompany Credit Agreement, dated as of June 8, 2006, by and between Conduit Borrower and West End, (ii) that certain Promissory Note, dated as of June 9, 2006, made by West End to Conduit Borrower in the amount of $276,750,000, together with that certain Allonge by Conduit Borrower to Agent, (iii) that certain Supplemental Debenture, dated as of June 9, 2006, between West End and Conduit Borrower, (iv) that certain Transfer of Supplemental Debenture, dated as of June 9, 2006, between Conduit Borrower and Agent, and (v) that certain Collateral Assignment of Mortgage and Note, dated as of June 8, 2006, by Conduit Borrower in favor of Agent, together with all other documents and instruments evidencing or securing the Conduit Loan.

"Conduit Loan Foreclosure Documents" has the meaning given to such term in Section 10(a)(iii).

"Conduit Loan Foreclosure Proceedings" has the meaning given to such term in Section 10(a)(iii).

A-1

LA013751