

**ORDERED in the Southern District of Florida on May 27, 2011.**

Paul G. Hyman Jr., Chief Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| In re: | Chapter 7 |
| GINN-LA ST. LUCIE LTD., LLLP, *et al.*, | Case No. 08-29769-BKC-PGH (Jointly Administered) |
| Debtors. _____/ | |
| Drew M. Dillworth, Trustee, | |
| Plaintiff, | |
| vs. | Adv. Case No. 10-2976-PGH-A |
| Edward R. Ginn, III, *et al.*, | |
| Defendants. _____/ | |

### FINAL JUDGMENT DISMISSING LOAN PROCEEDS CLAIMS

**THIS MATTER** came before the Court upon Drew M. Dillworth's ("Plaintiff" or "Trustee") *Motion To Alter Or Amend Order On Motions To Dismiss Or, Alternatively, For Certification Of Final Judgment As To Dismissal Of Loan*

*Proceeds Claims* ("Motion") (D.E. #235). In the April 18, 2011 *Order Granting In Part And Denying In Part Lubert-Adler's And The Investor Defendants' Motions To Dismiss* ("Order"), the Court dismissed with prejudice the Loan Proceeds Counts set forth in Counts I-VI of the Third Amended Complaint. The Trustee's Motion now seeks reconsideration of the Order, or alternatively, certification, pursuant to Fed. R. Civ. P. 54(b), that the Order dismissing the Loan Proceeds is a final judgment subject to appeal.

As discussed in the *Order: 1) Denying Plaintiff's Motion to Alter or Amend Order on Motions to Dismiss; and 2) Granting Alternative Request for Certification of Final Judgment as to Dismissal of Loan Proceeds* Claims, entered contemporaneously herewith, the Court hereby certifies that the dismissal with prejudice of the Loan Proceeds Counts is a final judgment that is independent of, and separately enforceable from, the remaining partially adjudicated Lien Counts of the Third Amended Complaint, and there exists no just reason for delay of appellate review.

Therefore, the Court, having reviewed the Motion, the record in this case, the applicable law, and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that the Motion is **granted in part** and **denied in part**. The Court **denies** the Trustee's Rule 59 request to alter or amend the Order, and **grants** the Trustee's request to certify that the Court's Order dismissing the Loan Proceeds Counts is a final judgment pursuant to Rule 54(b).

###

Copies furnished to:

Mr. Stearns, Esq.
Mr. Singerman, Esq.
Mr. Busey, Esq.
Mr. Throckmorton, Esq.
Mr. Baena, Esq.

The Trustee is directed to serve a copy of this order an any interested parties who do not receive electronic service.