UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>GINN-LA ST. LUCIE LTD., LLLP, *et al.*,<br><br>Debtors. | **CASE NO. 08-29769(PGH)**<br>All Cases Jointly Administered |
| In re:<br>GINN-LA QUAIL WEST., LTD, LLLP, *et al.*,<br><br>Debtors. | Chapter 7 |
| DREW M. DILLWORTH, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD R. GINN III, *et al*.,<br><br>Defendants. | **ADV. PRO. NO. 10-02976-PGH** |

## **AFFIDAVIT OF EDWARD R. GINN III**

Edward R. Ginn III, being duly sworn, hereby states:

1. My name is Edward R. Ginn III. I am an adult over the age of eighteen and a citizen and resident of the State of Florida.

2. I make this affidavit from personal knowledge in my individual capacity, as Trustee of the Edward R. Ginn III Revocable Trust Dated Sept. 14, 2002 (the "ERG Trust"), and as the manager of ERG Management, LLC, the general partner of ERG Enterprises, L.P. ("Enterprises") and, if called as a witness, I could competently testify thereto.

4030.101/315135

1

3. I was the original Manager and Member of Ginn-St. Lucie GP, LLC ("Tesoro LLC"), a manager-managed limited liability company organized under Georgia law on October 6, 2000. Attached hereto as Group Exhibit "A" are copies of the Certificate of Organization issued by the Georgia Secretary of State, the Articles of Organization, and Operating Agreement of Ginn-St. Lucie GP, LLC. [MMMTQW01_008319; MMMTQW01_008320; MMMTQW01_008326-008327]

4. Ginn-LA St. Lucie Ltd., LLLP ("Tesoro LLLP") was formed as a Georgia limited partnership by filing a Certificate of Limited Partnership on October 6, 2000. Tesoro LLLP later amended its Certificate of Limited Partnership on February 14, 2002 to elect to become a limited liability partnership pursuant to Georgia law. At all times relevant to this proceeding, Tesoro LLC served as the sole General Partner of Tesoro LLLP. Attached hereto as Group Exhibit "B" are copies of the Certificate of Election and Name Change Amendment and Certificate of Limited Partnership Filing issued by the Georgia Secretary of State, the Certificate of Amendment of the Certificate of Limited Partnership, and the Second Amended and Restated Agreement of Limited Partnership of Ginn-LA St. Lucie Ltd, LLLP. [MMMTQW01_008332; MMMTQW01_008333; MMMTQW01_008334; MMMTQW01_008335-008385]

5. On September 14, 2002, I assigned my interest as a Member in Tesoro LLC to the ERG Trust whereupon the ERG Trust was substituted in my place as the Member of Tesoro LLC. Attached hereto as Exhibit "C" is a copy of the Assignment of Limited Liability Company Interest and Amendment to the Operating Agreement of Ginn-St. Lucie GP, LLC. [MMMTQW01_008323-008325]

6. On January 1, 2005, I was removed as the Manager of Tesoro LLC and Robert F. Masters was appointed as the sole Manager of Tesoro LLC. From and after that date, I did not

serve again as Manager of Tesoro LLC. Attached hereto as Exhibit "D" is a copy of the Action of the Member of Ginn-St. Lucie GP, LLC Taken by Written Consent. [MMMTQW01_008321-008322]

7. I was the original Member of Ginn-Quail West GP, LLC ("Quail West LLC"), a manager-managed limited liability company organized under Georgia law on December 21, 2004. Robert F. Masters was the original Manager of Quail West LLC. I have never served as the Manager of Quail West LLC. Attached hereto as Group Exhibit "E" are copies of the Certificate of Organization issued by the Georgia Secretary of State, the Articles of Organization, and Operating Agreement of Ginn-Quail West GP, LLC. [MMMTQW01_009122; MMMTQW01_009123; MMMTQW01_009127-009129]

8. Ginn-LA Quail West Ltd., LLLP ("Quail West LLLP") was formed as a Georgia limited partnership by filing a Certificate of Limited Partnership on December 22, 2004. In its original Certificate of Limited Partnership, Quail West LLLP elected to become a limited liability partnership pursuant to Georgia law. At all times relevant to this proceeding, Quail West LLC served as the sole General Partner of Quail West LLLP. Attached hereto as Group Exhibit "F" are copies of the Certificate of Existence issued by the Georgia Secretary of State, the Certificate of Limited Partnership, and the Amended and Restated Agreement of Limited Partnership of Ginn-Quail West Ltd, LLLP. [MMMTQW01_009134; MMMTQW01_009139; MMMTQW01_009141-009189]

9. Enterprises was formed as a Georgia limited partnership by filing a Certificate of Limited Partnership on December 29, 2005. Attached hereto as Group Exhibit "G" are copies of the Certificate of Existence issued by the Georgia Secretary of State and the Certificate of Limited Partnership. [MMMTQW001-238377; MMMTQW001-238378]

10. On December 31, 2005, the ERG Trust and I assigned all of our interests, respectively, as Members in Tesoro LLC and Quail West LLC to Enterprises and Enterprises was substituted as the sole Member in each of those entities. From and after that date, neither I nor the ERG Trust had any ownership interest as a Member in either Tesoro LLC or Quail West LLC. Attached hereto as Exhibit "H" is the Assignment of Interest. [LA019434-LA019435]

11. Ginn-LA BQW, LLC was formed as a manager-managed Delaware limited liability company by filing a Certificate of Formation on April 18, 2006. Ginn-LA BQW, LLC filed a Certificate of Amendment on May 8, 2006 for the purpose of changing its name to Ginn-LA CS Holding Company, LLC ("CS Holding"). Enterprises is the Manager of CS Holding. Attached hereto as Group Exhibit "I" are copies of the Certificate of Formation issued by the Delaware Secretary of State for Ginn-LA BQW, LLC and the Certificate of Amendment. [LA019431-019432; LA019429-019430]

12. Ginn-LA TRC, LLC was formed as a manager-managed Delaware limited liability company by filing a Certificate of Formation on April 18, 2006. Ginn-LA TRC, LLC filed a Certificate of Amendment on May 8, 2006 for the purpose of changing its name to Ginn-LA CS Borrower, LLC ("CS Borrower"). At all times relevant to this proceeding, Robert F. Masters was the Manager of CS Borrower. CS Holding is the sole Member of CS Borrower. Neither I nor Enterprises has ever served as a Manager of or owned an interest as a Member in CS Borrower. Attached hereto as Group Exhibit "J" is the Certificate of Formation of Ginn-LA TRC, LLC, Certificate of Amendment, Operating Agreement of Ginn-LA CS Borrower, LLC, and Amendment to Operating Agreement of Ginn-LA CS Borrower, LLC. [LA003412-003413; LA003410-003411; LA003419-003421; LA003415-003418]

13. On June 8, 2006, as a capital contribution in exchange for a 20% interest as a Member in CS Holding, Enterprises assigned all of its interests as a Member in each of Tesoro LLC, Quail West LLC, Ginn-Bulow GP, LLC and Ginn-Laurel Creek GP, LLC to CS Holding, to be held by its wholly-owned subsidiary, CS Borrower. Robert F. Masters, as the Manager of Tesoro LLC and Quail West LLC and the sole Member of CS Borrower consented to this assignment by Enterprises. Attached as Group Exhibit "K" are copies of the GP Contribution and Assignment Agreement, the Limited Liability Company Agreement of Ginn-LA CS Holding Company, LLC, the Joint Unanimous Written Consent of Sole Member and Sole Manager of Ginn-St. Lucie GP, LLC, and the Joint Unanimous Written Consent of Sole Member and Sole Manager of Ginn-Quail West GP, LLC. [MMMTQW01_011123-MMMTQW01_011126; LA019436-019495; MMMTQW01_011221-011228; MMMTQW01_012751-012758]

14. In connection with the June 8, 2006 closing of the Credit Suisse Transaction, the following disbursements were made on account of Tesoro LLLP pre-closing debt:

    a. $6,650,256.66 to Wachovia Bank (the "Wachovia Debt"). I executed a payment guarantee relating to the Wachovia Debt.

    b. $24,421,744.89 to R-C Crown Bank (the "RCC Debt"). I executed a payment guarantee relating to the RCC Debt.

15. In connection with the June 8, 2006 closing of the Credit Suisse Transaction, the following disbursements were made on account of Quail West LLLP pre-closing debt:

    a. $5,898,254.66 to FBT Illinois (the "FBT First Debt"). I executed a payment guarantee relating to the FBT First Debt.

    b. $15,380,774.89 to FBT Illinois (the "FBT Second Debt"). I executed a payment guarantee in connection with the FBT Second Debt.

      c.    $29,545,678 to Quail West Ltd.. I did not execute any guarantees with regard to this debt.

    16.    Ginn-Quail West Beach, LLC was formed as a manager-managed Georgia limited liability company by filing a Certificate of Organization on August 12, 2005. The sole member of Ginn-Quail West Beach, LLC was Quail West LLLP. The manager was Robert F. Masters. Attached as Group Exhibit "L" are copies of the Certificate of Organization issued by the Georgia Secretary of State and a Certificate Regarding Status and Authority. [MMMTQW01_012869-MMMTQW01_012871;MMMTQW01_009195-MMTQW01_009208]

    17.    Tesoro Golf Club Condominium, LLC was formed as a manager-managed Georgia limited liability company by filing a Certificate of Organization on July 29, 2005. The sole member of Tesoro Golf Club Condominium, LLC was Tesoro LLLP. The manager was Robert F. Masters. Attached as Group Exhibit "M" are copies of the Certificate of Organization issued by the Georgia Secretary of State and the Operating Agreement. [MMMTQW01_011356-MMMTQW01_011358; MMMTQW01_011382-MMMTQW01_011384]

    18.    I was the original Manager of The Tesoro Club, LLC, which was formed as a manager-managed Georgia limited liability company by filing a Certificate of Organization on October 4, 2002. The sole member of The Tesoro Club, LLC was Tesoro LLLP. On March 3, 2003, Robert F. Masters was appointed as the sole Manager of The Tesoro Club, LLC. Attached as Group Exhibit "N" are copies of the Certificate of Organization issued by the Georgia Secretary of State, Operating Agreement, and Amended and Restated Operating Agreement. [MMMTQW01_011513-MMMTQW01_011515; MMMTQW01_011526-MMTQW01_011530]

FURTHER AFFIANT SAYETH NOT.

_____
Edward R. Ginn III

STATE OF SOUTH CAROLINA  )
                         )  SS
COUNTY OF CHARLESTON     )

SUBSCRIBED AND SWORN TO before me this 12th day of August, 2011, by Edward R. Ginn III, who is personally known to me or has presented *Florida Drivers License* as identification.

_____
(Signature of Notary Public)

F. Amelia Whaley
(Printed Name of Notary Public)

My commission expires: _____

My Commission
Expires March 11, 2012