# EXHIBIT "B"

# ORGANIZATIONAL STRUCTURE

# Organization Structure - Before Credit Suisse Transaction

ERG Enterprises, LP
(Georgia Limited Partnership)
Lubert-Adler Real Estate Fund IV, L.P.
Lubert-Adler Real Estate Parallel Fund IV, L.P.
Lubert-Adler Capital Real Estate Fund IV, L.P
Lubert-Adler Real Estate Fund III, L.P.
Lubert-Adler Real Estate Parallel Fund III, L.P.
Lubert-Adler Capital Real Estate Fund III, L.P.
Sole Member
Sole Member
Limited Partners
Limited Partners
Sole Member
"First Tier Debtors"
Ginn-Quail West GP, LLC
(Georgia LLC)
Manager – Robert F. Masters
Ginn-St. Lucie GP, LLC
(Georgia LLC)
Manager – Robert F. Masters
General Partner
General Partner
"Second Tier Debtors"
Ginn-LA Quail West Ltd., LLLP
(Georgia LLLP)
Ginn-LA St. Lucie Ltd., LLLP
(Georgia LLLP)
Sole Member
Sole Member
Sole Member
"Third Tier Debtors"
Ginn-Quail West Beach LLC
(Georgia LLC)
Manager: Robert F. Masters
Tesoro Golf Condominium, LLC
(Georgia LLC)
Manager: Robert F. Masters
The Tesoro Club, LLC
(Georgia LLC)
Manager: Robert F. Masters

# Organization Structure - After Credit Suisse Transaction

